UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN ARIZAGA-AVINA,<br><br>　　　　　Defendant. | Case No. 2:23-mj-419-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

The Stipulation is entered into for the following reasons:

1.　The parties have an agreement in principle and need additional time to finalize investigations before finalizing negotiations.

2.　Once defense counsel has received the written plea agreement, he will need time to discuss it with Mr. Arizaga-Avina with the assistance of a Spanish-language interpreter.

3.　Mr. Arizaga-Avina is in custody and does not object to this continuance.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly resolve this case, taking into account the exercise of due diligence.

/// /// ///

/// /// ///

3

**ORDER**

IT IS FURTHER ORDERED the preliminary hearing set for September 6, 2023 is continued to October 6, 2023 at 4:00 pm in 3D before Magistrate Judge Cam Ferenbach.

DATED: September 5, 2023.

_____
UNITED STATES MAGISTRATE JUDGE